found there clear evidence supporting his finding that there had been a conditional sale of the particular vehicle and others similarly handled. The finding, not clearly erroneous, is binding.

Justification of the finding and the legal conclusions flowing from it clearly appear in the District Court's opinion.* We affirm for the reasons stated there.

Affirmed.

PER CURIAM.

The judgment of the district court is affirmed.

Appellant made a challenge in the trial court to the jury panel. As framed and as timed there, we cannot sustain it.

We have considered all specifications of error, but do not agree with them.

Ana Guerrero **GARRIDO**, Appellant,

v.

Paul **BORDALLO** and Audrey Bordallo, Appellees.

No. 19104.

United States Court of Appeals
Ninth Circuit.

Nov. 16, 1964.

James J. **D'ELIA**, Jr., Appellant,

v.

**NEW YORK, NEW HAVEN AND HART-FORD RAILROAD** and Richard Joyce Smith, William J. Kirk, Harry W. Dorigan as Trustees of the New York, New Haven and Hartford Railroad, Appellees.

No. 111, Docket 28988.

United States Court of Appeals
Second Circuit.

Argued Oct. 26, 1964.

Decided Nov. 24, 1964.

Finton J. Phelan, Jr., Agana, Guam, Alvin Buchignani, San Francisco, Cal., for appellant.

Gerald F. Ellersdorfer, Arriola, Bohn & Gayle, Benicia, Cal., for appellees.

Before CHAMBERS, BROWNING and DUNIWAY, Circuit Judges.

---

* Royal Indemnity Company v. Aetna Insurance Company, D.C., 231 F.Supp. 657.